UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALY VANSHELBOIM and DAVID KENDRICK,<br><br>Defendants. | **UNSEALING ORDER**<br><br>25 Cr. 14 (____) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorneys Justin Horton and Stephanie Simon;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSAs have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and have advised that Judge Garnett is recused from this matter, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
October 2, 2026

HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK